**Entered on Docket
June 14, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

H. STAN JOHNSON, ESQ.
Nevada Bar No. 0265
CJD LAW GROUP, LLC
6293 Dean Martin Drive, Ste. G
Las Vegas, NV 89118
(702) 823-3500
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | Case No. 10-11424-bam |
| ) | Chapter 13 |
| JULIE R BLOUNT, ) | |
| ) | |
| Debtor. ) | Hearing Date:   6/3/10 |
| ) | Hearing Time:   3:00 p.m. |
| ) | |

**ORDER REGARDING DEBTOR'S MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF LIENHOLDER PURSUANT TO 11 U.S.C. 506(a) AND 1322**

THE ABOVE MATTER having been heard at the time and date above the Court finds as follows:

1.  The Debtor's property located at 5030 Stormy Circle, Las Vegas, Nevada 89119 is valued at $95,000.

Z:\CJD\Master\151809\100319 Proposed Order Re Motion to Strip Lien.wpd

2. That on the filing date of the instant Chapter 13 Petition, Beneficial Mortgage's claim was wholly unsecured.

IT IS THEREFORE ORDER THAT Beneficial Mortgage's secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a);

IT IS FURTHER ORDERED THAT Beneficial Mortgage's secured rights and/or lien-holder rights in the subject property are hereby terminated.

IT IS FURTHER ORDERED THAT the secured claims of Beneficial Mortgage be reclassified to general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtor's Chapter 13 Plan.

IT IS FURTHER ORDERED THAT in the event that Debtors Chapter 13 case is dismissed or converted, the rights of Beneficial Mortgage in being a secured creditor will be restored.

Respectfully submitted,

CJD LAW GROUP, LLC


/s/ H. Stan Johnson, Esq.
H. Stan Johnson, Esq.
Nevada Bar No.: 0265
6293 Dean Martin Drive, Ste. G
Las Vegas, NV 89118
Attorney for Debtor

Z:\CJD\Master\151809\100319 Proposed Order Re Motion to Strip Lien.wpd    2

**ALTERNATIVE METHOD REGARDING LOCAL RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

_____
NO APPEARANCES

Z:\CJD\Master\151809\100319 Proposed Order Re Motion to Strip Lien.wpd