H. STAN JOHNSON, ESQ.
Nevada Bar No. 0265
CJD LAW GROUP, LLC
6293 Dean Martin Drive, Ste. G
Las Vegas, NV 89118
(702) 823-3500
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In Re: ) Case No. 10-11424-bam
) Chapter 13
JULIE R BLOUNT, )
)
      Debtor. )
_____ )

## NOTICE OF ENTRY OF ORDER

    NOTICE IS HEREBY GIVEN that an Order was entered on June 14, 2010 with regards to Counsel's MOTION TO VALUE COLLATERAL. Attached hereto as Exhibit "A" is a copy of said Order.

    Dated this 15th day of June, 2010.

                              CJD LAW GROUP, LLC

                By:    /s/ H. STAN JOHNSON
                        H. Stan Johnson, Esq.
                        Nevada Bar No. 0265
                        6293 Dean Martin Drive, Ste. G
                        Las Vegas, NV 89118
                        Attorneys for Debtor

# CERTIFICATE OF SERVICE

1. I served the following document(s):
   a. **NOTICE OF ENTRY OF ORDER**
2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System on June 15, 2010:**

GREGORY L. WILDE on behalf of Creditor Wells Fargo Bank, N.A.

bk@wildelaw.com


H STAN JOHNSON on behalf of Debtor JULIE R BLOUNT
sjohnson@cjdnv.com, cjbarnabi@cjdnv.com, sbiondo@cjdlawgroup.com


KATHLEEN A. LEAVITT
courtsecf3@las13.com


☒ b. **By United States mail on June 15, 2010, with postage fully prepaid to:**

Wells Fargo Home Mortgage
Acct No xxxxx2555
PO Box 30427
Los Angeles, CA 90030-0427

Wells Fargo Home Mortgage
Attn: Peter J Wissinger, President
1 Home Campus
Des Moines, IA 50328-0001

Beneficial Mortgage
Attn: Resident Agent
P.O. Box 5233
Carol Stream, IL 60179-5233

Beneficial Mortgage Corporation
Attn: G R Esposito, President
200 Somerset Corp Ste 100
Bridgewater NJ, 08807

Gregory L Wilde, Esq.
WILDE & ASSOCIATES
208 South Jones Boulevard
Las Vegas, NV 89109
Attorneys for Wells Fargo Bank, N.A.

☐    c.    **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: June 15, 2010

Sarah Biondo                                      /s/ Sarah Biondo
(Name of Declarant)                     (Signature of Declarant)

**EXHIBIT A**

Entered on Docket
June 14, 2010

/s/ Bruce A. Markell
Hon. Bruce A. Markell
United States Bankruptcy Judge

___

H. STAN JOHNSON, ESQ.
Nevada Bar No. 0265
CJD LAW GROUP, LLC
6293 Dean Martin Drive, Ste. G
Las Vegas, NV 89118
(702) 823-3500
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | Case No. 10-11424-bam |
| ) | Chapter 13 |
| JULIE R BLOUNT, ) | |
| ) | |
| Debtor. ) | Hearing Date:  6/3/10 |
| ) | Hearing Time:  3:00 p.m. |
| ) | |

**ORDER REGARDING DEBTOR'S MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF LIENHOLDER PURSUANT TO 11 U.S.C. 506(a) AND 1322**

THE ABOVE MATTER having been heard at the time and date above the Court finds as follows:

1. The Debtor's property located at 5030 Stormy Circle, Las Vegas, Nevada 89119 is valued at $95,000.

Z:\CJD\Master\151809\100319 Proposed Order Re Motion to Strip Lien.wpd

2.      That on the filing date of the instant Chapter 13 Petition, Beneficial Mortgage's claim was wholly unsecured.

IT IS THEREFORE ORDER THAT Beneficial Mortgage's secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a);

IT IS FURTHER ORDERED THAT Beneficial Mortgage's secured rights and/or lien-holder rights in the subject property are hereby terminated.

IT IS FURTHER ORDERED THAT the secured claims of Beneficial Mortgage be reclassified to general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtor's Chapter 13 Plan.

IT IS FURTHER ORDERED THAT in the event that Debtors Chapter 13 case is dismissed or converted, the rights of Beneficial Mortgage in being a secured creditor will be restored.

Respectfully submitted,

CJD LAW GROUP, LLC


/s/ H. Stan Johnson, Esq.
H. Stan Johnson, Esq.
Nevada Bar No.: 0265
6293 Dean Martin Drive, Ste. G
Las Vegas, NV 89118
Attorney for Debtor

Z:\CJD\Master\151809\100319 Proposed Order Re Motion to Strip Lien.wpd    2

## ALTERNATIVE METHOD REGARDING LOCAL RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

_____
NO APPEARANCES

Z:\CJD\Master\151809\100319 Proposed Order Re Motion to Strip Lien.wpd